## Guardian Life Insurance Company v. Zimlich.

(Decided January 30, 1923.)

### Appeal from Jefferson Circuit Court.

Appeal and Error—Failure to File Brief.—Where no brief is filed by appellant the court will presume that no material error exists, and that the judgment is correct.

BRUCE & BULLITT for appellant.

O'NEAL, O'NEAL & TILFORD for appellee.

OPINION OF THE COURT BY JUDGE MCCANDLESS—Affirming.

In this case no brief has been filed by appellant. The practice is firmly established by this court that "in the absence of a brief specifying the errors for which a reversal is asked it will be presumed that no errors exist, and that the judgment is correct." Spradlin v. Spradlin, 170 Ky. 297; Commonwealth v. L. & E. Ry. Co., 167 Ky. 442; Continental Insurance Co. v. Ramsey, 160 Ky. 441.

Wherefore, the judgment is affirmed.